FILED
2026 Mar-12 AM 09:27
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 7:26-mj-50-JHE |
| | ) | |
| HOMERO RAMOS | ) | |

**ORDER SETTING CONDITIONS OF RELEASE**

It is ORDERED that the defendant's release in this case is subject to the following Standard Terms and Conditions of Release:

☒ (1) You must not commit any federal, state, or local crime.

☒ (2) You must maintain your current residence and advise your supervising officer before making any change in address or telephone number.

☒ (3) You must appear at all proceedings as required and, if convicted, must surrender to serve any sentence the court imposes.

☒ (4) You must report to your supervising officer as instructed, and you must answer truthfully all questions asked by that officer. You also must allow your supervising officer to visit you at any time at your home or elsewhere, and you must permit your supervising officer to take any items prohibited by the terms of your release that he or she observes in plain view during a visit.

☒ (5) You must not contact, intimidate, or threaten any witness, victim, juror, informant, criminal investigator, or officer of the court.

☒ (6) If you are arrested, questioned, or stopped by a law enforcement officer, you must report this contact to your supervising officer as soon as possible.

☒ (7) You must cooperate in the collection of a DNA sample if it is authorized by 42 U.S.C. § 14135a.

☒ (8) You must not own, possess, or have access to any firearm, ammunition, dangerous weapon, or destructive device, and you consent for the United States Marshals Service or the United States Probation Office to search your person, car, or home at any time for weapons or ammunition.

☒ (9) You must not use, possess, or be around any unlawful controlled substances or the paraphernalia associated with the use of controlled substances. You may possess and use only prescription medication lawfully prescribed by a licensed medical practitioner. If directed by your supervising officer, you must submit to testing or urinalysis to determine whether you have used or consumed any unlawful or unprescribed substances. If deemed appropriate by your supervising officer, you must participate in drug abuse or alcohol abuse treatment programs, including evaluation, therapy, and residential programs as directed by your supervising officer.

In addition to the Standard Terms and Conditions of Release, it is ORDERED that the defendant's release in this case is subject to the following Special Terms and Conditions of Release:

☐ (10) You are released to the third-party custody of ______________________________, who agrees (a) to supervise you consistent with all conditions of release, (b) to use every effort to assure your appearance at all court proceedings, and (c) to notify the court immediately if you violate any condition of release or disappear.

Signature of Third-Party Custodian: ____________________

Date: ______________

☐ (11) You must submit to an electronic location monitoring program with the appropriate technology and equipment to be determined by the United States Probation Office, and you must comply with all program requirements as instructed by your supervising officer.

- ☐ You must pay all costs of the program;
- ☐ You must pay $_____ per week of the cost of the program; or
- ☐ You are not required to pay the cost of the program.

☐ (12) You must comply with the following restrictions:

- ☐ (a) **curfew,** which means that you must remain at your residence between the hours of 8:00 p.m. and 8:00 a.m., except that you may handle personal matters as directed by your supervising officer. The curfew schedule may be modified at the discretion of your supervising officer.
- ☐ (b) **home detention,** which means that you must remain at your residence at all times, except for activities pre-approved by your supervising officer as follows:

  ______________________________________________

  ______________________________________________
- ☐ (c) **home incarceration,** which means that you must remain at your residence at all times except for activities pre-approved by the court.

☒ (13) You must abide by the following travel restrictions: Travel is restricted to the Northern District of Alabama.

☒ (14) You must surrender your passport if you have one, and you must not obtain a new passport or any other international travel document.

☒ (15) You must actively seek employment or maintain employment, unless excused by your supervising officer for school, medical or other reasons.

☐ (16) You must maintain or commence an educational program.

☐ (17) You must avoid all contact with the following people:

______________________________________________

______________________________________________

☐ (18) You must refrain from the ☐ use or ☐excessive use of alcohol and submit to testing to determine whether you have used alcohol.

☐ (19) You must submit to medical or psychiatric treatment and/or counseling as directed by your supervising officer.

☐ (20) You must not have unsupervised contact with anyone under 18 years of age.

☐ (21) You must not use a computer or any other electronic device capable of accessing the internet, and you consent for the United States Marshals Service or the United States Probation Office to search your person, car, or home at any time for electronic devices, to seize any device found, and to provide the device to any appropriate law enforcement agency.

☐ (22) You may not obtain any new lines of credit, including loans, credit cards, etc., without the permission of your supervising officer.

☐ (23) You must comply with the following additional conditions:

____________________________________________

____________________________________________

____________________________________________

### *Notice to the Defendant*

If you violate any of your conditions of release, the court may immediately issue a warrant for your arrest, revoke your release, and order you to be detained pending trial, as provided in 18 U.S.C. § 3148, and you could be prosecuted for contempt as provided in 18 U.S.C. § 401, resulting in a term of imprisonment or a fine.

If you are convicted of committing a new criminal offense while on pretrial release, this new offense may result in an additional sentence that will be consecutive to any other sentence and must be imposed in addition to the sentence received for the new offense itself. Under 18 U.S.C. § 3147, this additional consecutive sentence will be a term of imprisonment of no more than ten years if the new offense is a felony, or a term of imprisonment of no more than one year if the new offense is a misdemeanor.

It is a criminal offense under 18 U.S.C. § 1503 to intimidate or attempt to intimidate a witness, juror, or officer of the court; 18 U.S.C. § 1510 makes it a criminal offense to obstruct a criminal investigation; 18 U.S.C. § 1512 makes it a criminal offense to tamper with a witness, victim or informant; and 18 U.S.C. § 1513 makes it a criminal offense to retaliate against a witness, victim, or informant, or threaten or attempt to do so.

It is a criminal offense under 18 U.S.C. § 3146 if you knowingly fail to appear as required by your conditions of release or fail to surrender to serve any sentence pursuant to a court order, and the term of imprisonment imposed for failure to appear or surrender shall be consecutive to any other sentence. If you were released in connection with a charge of, or while awaiting sentencing, surrender for the service of a sentence, or appeal or certiorari after conviction, the maximum punishment for your failure to appear or surrender depends on the charge you are currently facing:

(1) If you have been charged with an offense punishable by death, life imprisonment, or imprisonment for a term of 15 years or more, you could be fined no more than $250,000 or imprisoned for no more than 10 years, or both;

(2) If you have been charged with an offense punishable by imprisonment for a term of five years or more, but less than 15 years, you could be fined no more than $250,000 or imprisoned for no more than five years, or both;

(3) If you have been charged with any other felony, you could be fined no more than $250,000 or imprisoned no more than two years, or both;

(4) If you have been charged with a misdemeanor, you could be fined no more than $100,000 or imprisoned no more than one year, or both.

***Acknowledgement of the Defendant***

I acknowledge that I am aware of and understand the conditions of release. I promise to obey the conditions of release, to appear as directed, and to surrender to serve any sentence imposed. I am aware of the penalties and sanctions set forth above. I understand that by signing this document I am consenting to the searches described above.

Homero Ramos
Defendant's Signature

Homero Ramos
Defendant's Printed Name

Signed and acknowledged on March 11, 2026.

UNITED STATES MAGISTRATE JUDGE
Danella.