FILED
2026 Aug-19 PM 12:43
U.S. DISTRICT COURT
N.D. OF ALABAMA

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **Case No: 7:26-CR-98-EGL-JHE** |
| | ) | |
| **HOMERO RAMOS** | ) | |

**MR. RAMOS' SENTENCING MEMORANDUM**

Homero Ramos, through counsel, respectfully submits this memorandum in advance of his August 26, 2026, sentencing hearing. Mr. Ramos will be before the Court for sentencing on his guilty plea to two counts of fraudulent voting, in violation of 52 U.S.C. § 20511(2)(B). At the sentencing hearing, Mr. Ramos will request a sentence of time served. He served twenty-seven days in jail before his release on bond. (*See* Exhibit A, U.S. Marshal's Incarceration Record).

**History and Characteristics of Mr. Ramos**

Mr. Ramos grew up in Cuitlahuac in the Mexican state of Vera Cruz. He was raised by his parents and is the youngest of five children. (PSR ¶ 52-53.) Although the family lived in poverty, Mr. Ramos' home was loving and nurturing. (PSR ¶ 52, 58.)

Mr. Ramos attended school through the Mexican equivalent of seventh grade. (PSR ¶ 68.) Due to the family's financial struggles, Mr. Ramos left school and began working at age fourteen selling food on the street. Later in his teens, he worked in construction. (PSR ¶ 76.)

At age eighteen, Mr. Ramos came to the United States. (PSR ¶ 55.) His older siblings had all emigrated to the United States and were earning incomes that sustained a higher quality of life than they had experienced in Mexico, as they were able to afford basic necessities that they had gone without in their home country. (PSR ¶ 53.) Mr. Ramos, who had foregone

medical care for his anemia as a child due to the family's economic limitations, came to the United States to find a better life. (PSR ¶ 58.)

Upon his arrival, Mr. Ramos found work in construction in Haleyville. (PSR ¶ 55.) He was able to support himself and had everything he needed. Mr. Ramos loved living in the United States, and he took action to receive lawful permanent residence status. He became a lawful permanent resident in 2006. (PSR ¶ 11.) In 2007, he began working on a poultry farm for Marshall Durbin in Jasper, and he remained in that job for two years. (PSR ¶ 74.) He then worked at a mobile home company for ten years constructing mobile homes and performing carpentry tasks. (PSR ¶ 73.)

In 2023, Mr. Ramos resumed poultry farming work, this time for Pilgrim. (PSR ¶ 72.) Throughout his time in the United States, he has maintained employment and supported himself. After several months at Pilgrim, he took a new job with Clayton Supplies in Haleyville due to the opportunity to earn higher wages. (PSR ¶ 71.) He has remained in Haleyville throughout the majority of his tenure in the United States and has grown close with the community there. (PSR ¶ 55.)

Mr. Ramos worked for Clayton Supplies from July of 2024 until his arrest for the instant offense. His employment there was terminated during his incarceration before his release on bond, so he immediately sought new employment and secured his current job with Riverwood Forest Products as a forklift driver. (PSR ¶ 70; *see* Exhibit B – Letter of Work Supervisor Zach Roberson.) Mr. Ramos is a valued employee at Riverwood, known for his helpful attitude and reliability. (*See* Exhibit B.)

Mr. Ramos' time in the United States has not been without struggles. He developed substance abuse problems beginning in 2004 at the age of twenty-three when he began daily

taking prescription opiates. (PSR ¶ 66.) In 2017, he was introduced to methamphetamine by work acquaintances, discovering that it could help him with endurance during his long shifts, and he used it daily for five years. (PSR ¶ 65.) Meanwhile, he developed alcoholism as well. (PSR ¶ 61.)

After his last state arrest in 2021, Mr. Ramos realized the toll that illegal drugs were taking on his life, and he remarkably stopped using them without the assistance of substance abuse treatment. (PSR ¶ 43; 65.) However, he continued drinking for three more years until he realized he could not safely use alcohol either. (PSR ¶ 61.) His doctor advised him that the alcohol was endangering his health due to his high blood pressure. He stopped drinking in September of 2025, again without the assistance of treatment, and he attributes his sobriety to his religious faith. (PSR ¶ 61.)

Mr. Ramos is grateful for the opportunities this country has afforded him, and he is remorseful for his offense conduct. Although his guidelines range is in Zone A and he is eligible for a guidelines sentence of probation, he has served almost one month of incarceration for this offense. (*See* Exhibit A.) The requested sentence of time served is sufficient, but not greater than necessary to serve the statutorily recognized sentencing goals of just punishment, deterrence, and protection of the public. For all of these reasons, Mr. Ramos respectfully requests that this Court sentence him to time served.

Respectfully submitted,

Kevin L. Butler
Federal Public Defender

*/s/ Katherine P. Bounds*
Katherine P. Bounds
Assistant Federal Public Defender
505 20th Street North, Suite 1425
Birmingham, AL 35203

205-208-7170
kate_bounds@fd.org

CERTIFICATE OF SERVICE

I certify that on August 19, 2026, the foregoing was filed with the Clerk of Court and docketed electronically using the Court's CM/ECF system, which will provide notice to counsel of record.

*/s/ Katherine P. Bounds*
Katherine P. Bounds