FILED
2026 Aug-19 PM 12:43
U.S. DISTRICT COURT
N.D. OF ALABAMA

| Case Number | Case Type | Status | Detention Status | District | Office |
|---|---|---|---|---|---|
| 2:2026-MJ-00050 | Arrest - CriminalComplaint | Waiting Sentencing | On Bond | N/AL | BIRMINGHAM |

| Start Date | End Date |
|---|---|
| 03/03/2026 | |

| Judge | US Attorney | Defense Attorney |
|---|---|---|
| | | |

**Arrest Information**

| Date | Agency | Location |
|---|---|---|
| 03/03/2026 | ICE | Haleyville, AL, USA |

**Offense Information**

| Code | Description | Disposition | Remark |
|---|---|---|---|
| 2699 | Fraud | | Voting |

**Sentence Information**

No Sentence Information On Record

**FACILITY DATA**

| Custody Office | Facility Name | Admit Date | Release Date | Total Days |
|---|---|---|---|---|
| BIRMINGHAM | CLAY COUNTY DETENTION CENTER | 03/03/2026 | 03/30/2026 | 27 |

**Total Days In Facilities**
27